JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARBEH GHARIBIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>PORSCHE CARS NORTH AMERICA, INC., et al.,<br><br>    Defendants. | Case No. CV 25-3804-MWF(SSCx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has reviewed the parties' Joint Stipulation of Dismissal. (Docket No. 13). For good cause shown, the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge